## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

NATHAN WARREN                                                    PLAINTIFF

v.                          CASE NO.: 3:07CV00053-BD

DAN LANGSTON, *et al.*                                          DEFENDANTS

<u>ORDER</u>

Plaintiff filed a *pro se* Complaint (docket entry #2) on May 7, 2007 pursuant to 42 U.S.C. § 1983, and was granted leave to proceed *in forma pauperis* by Order (#12) of May 31, 2007. Pending are Defendants' Motion for Summary Judgment (#36) and First Motion to Dismiss (#39). This matter is currently set for a bench trial the week of May 12, 2008.

Plaintiff has failed to respond to the Court's Order (#42) of February 28, 2008. Plaintiff was released from custody of the Greene County Sheriff as evidenced by returned mail from the Court to the Plaintiff (#32, #23) docketed on January 14, 2008 and January 16, 2008, and further evidenced by Plaintiff's letter to the Court for which his address on the mailing envelope reflected 151 Greene 400 Road, Paragould, Arkansas 72450. On January 16, 2008, the Clerk's Office updated the docket to reflect Plaintiff's address change (#34). However, since that time, Plaintiff has failed to inform the Court of his most recent address change, as evidenced by more returned mail forwarded to him by the Court (#44) and by the Defendants (#41).

Since Plaintiff is no longer incarcerated at the Greene County Detention Center, Plaintiff was ordered (#42) to submit current information regarding his financial status to determine whether he should be required to pay all, or a portion of, the remaining fees and costs of this lawsuit.  Plaintiff was further ordered to provide notice of his new address and state his intentions regarding pursuit of this lawsuit.  This information was due on or before March 24, 2008.  Plaintiff has failed to comply with the Order of the Court.

Due to Plaintiff's failure to respond to the Order and lack of prosecution, this action is DISMISSED WITHOUT PREJUDICE under Local Rule 5.5(c)(2) of the Eastern District of Arkansas and Federal Rule of Civil Procedure 41(b).  The trial date and existing deadlines established in the Scheduling Order (#29) of December 28, 2007, are terminated.  The Motion for Summary Judgment (#36) and First Motion to Dismiss (#39) are rendered moot.

DATED this 1st day of April, 2008.

_____
UNITED STATES MAGISTRATE JUDGE